The People of the State of Illinois, Respondent-Appellee, *v.* Jeffrey Boyd, Petitioner-Appellant.

(No. 59968;

First District (1st Division)—November 4, 1974.

PER CURIAM.

Paul Bradley and Kenneth L. Jones, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Donald M. Devlin, Assistant State's Attorneys, of counsel), for the People.